STEPHEN D. ROSE, Alaska Bar #8901002
GARVEY SCHUBERT BARER
Eighteenth Floor
1191 Second Avenue
Seattle, Washington 98101-2939
206 464 3939

Attorneys for Defendant
Delta Western, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARGARET ACTIVE, as Mother, and Natural Guardian of, M. M., a Minor,<br><br>Plaintiff,<br><br>v.<br><br>DELTA WESTERN, INC., a Washington Corporation,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that Defendant Delta Western, Inc., a Washington corporation, hereby removes the above-captioned action from the District Court for the State of Alaska for the Third Judicial District to the United States District Court for the District of Alaska.

1. Plaintiff filed a Complaint in the Alaska District Court and a Summons was issued on November 21, 2011. The Complaint seeks an undisclosed judgment for alleged negligence. Attached hereto as **Exhibit A** are copies of the Summons and Complaint.

2. The date upon which Defendant Delta Western was served with the Complaint was December 12, 2011, when Defendant was served through its registered agent.

3. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30)

NOTICE OF REMOVAL OF CIVIL ACTION
TO UNITED STATES DISTRICT COURT

-1-

days after the service on Defendant on December 12, 2011.

**DIVERSITY JURISDICTION**

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332. This action may be properly removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of this state and citizens or subjects of a foreign state, and the amount in controversy exceeds the sum of $75,000.

5. Complete diversity of citizenship exists here. Plaintiff M. M. is a citizen of Alaska. Defendant Delta Western, Inc. is a Washington Corporation with its principal place of business in Washington.

6. Plaintiff has alleged damages of physical injury, pain and suffering, and severe emotional distress, and has made previous demands in excess of $75,000.

7. Venue lies in the United States District Court for the District of Alaska pursuant to 28 U.S.C. § 1391(a) in that a substantial part of the events or omissions allegedly giving rise to Plaintiff's claim occurred in Alaska.

DATED this 29th day of December, 2011.

GARVEY SCHUBERT BARER

By   s/ Stephen D. Rose
Stephen D. Rose, Alaska Bar #8901002
Attorneys for Defendant Delta Western, Inc.

SEA_DOCS:1046123.2 [15660.00100]