# EXHIBIT A

IN THE DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA

AT <u>DILLINGHAM</u>

| | |
|---|---|
| MARGARET ACTIVE, as Mother and Natural Guardian of, MARSHALL MARTIN, Minor Plaintiff(s), vs. DELTA WESTERN, INC. A Washington Corp., Defendant(s). | CASE NO. 3<u>DI-11-159 CI</u> SUMMONS |

To Defendant: <u>Delta Western, Inc.</u>

You are hereby summoned and required to file with the court an answer to the complaint which accompanies this summons. Your answer must be filed with the court at <u>Box 909, Dillingham, AK 99576</u> within 20
(address)

days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, <u>Steven D. Smith</u>, whose address is: <u>7120 Old Seward Hwy., Ste. 203, Anchorage, AK 99518</u>.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

☒ This case has been assigned to Superior Court Judge <u>Torrisi</u>.

☐ This case has been assigned to District Court Judge _____.

☐ This is a District Court case and will be assigned to an available judge.

(SEAL)

<u>11/21/11</u>
Date

CLERK OF COURT

By: <u>Sophie Hansen</u>
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (3/87)(st.3)
SUMMONS
Civil Rules 4, 5, 12, 55

MARGARET ACTIVE, as Mother, )
And Natural Guardian of, )
MARSHALL MARTIN, A Minor, )
                                  )
           Plaintiff, )
vs. )
                                  )
DELTA WESTERN, INC., )
A Washington Corporation, )
                                  )
          Defendant. )    Case No.            CI
                                  )

## COMPLAINT

COMES NOW, Margaret Active as mother and natural guardian of Marshall Martin, a minor, by and through her attorney, Steven D. Smith P.C., and by way of complaint against the defendant, Delta Western Inc., A Washington Corporation states as follows:

1. The plaintiff, Marshal Martin, is a resident of Togiak, Alaska which is in the Third Judicial District.

2. The defendant, Delta Western Inc. is a Washington corporation registered to business in Alaska and is in good standing in Alaska.

3. The event which is the subject matter of this complaint occurred in Togiak, Alaska on or about October 9, 2010.

4. The defendant operates ocean going barges and one of their barges was delivering fuel to Togiak when the incident occurred.

Law Offices of
Steven D. Smith, P.C.
7120 Old Seward Highway, Suite 203
Anchorage, Alaska 99518
Phone: (907) 276-2197/Fax: (907) 522-1273
Ak Only: 800-478-5345

5. The crew of defendant's barge negligently tied the barge off to a caterpillar tractor on the beach by doing it in such a manner as to create an obstacle across a known ATV beach trail.

6. The plaintiff was operating his ATV on the trail and could not see the defendants hawser strung across the trail due to the ambient lighting conditions and the hawser's color which nearly matched the color of the beach itself. There were no flags or other warning devices used by the defendant's crew.

7. The plaintiff's ATV struck the hawser injuring plaintiff and killing his passenger.

8. The accident was a direct a proximate result of the negligence of the defendant's crew in stringing a rope across a known thoroughfare.

9. As a direct and proximate result of the defendant's negligence the plaintiff incurred medical expense in an amount to be determined at trial.

10. As a direct and proximate result of the negligence of the defendant's crew the plaintiff has suffered general damage in the form of past physical injury, pain and suffering and both past and future guilt, remorse, and severe emotional distress.

WHEREFORE the plaintiff, Marshall Martin through his mother, Margaret Active, prays for judgment against the defendant, Delta Western Inc. in a manner consistent with the allegations herein, and for costs attorney's fees and interest as well as all other proper relief.

DATED at Anchorage, Alaska this 16th day of November, 2011.

LAW OFFICES OF STEVEN D. SMITH P.C.
Attorney for Plaintiff

By: _____
Steven D. Smith, ABA# 7811139

Law Offices of Steven D. Smith, P.C.
7120 Old Seward Highway, Suite 203
Anchorage, Alaska 99518
Phone: (907) 276-2197/Fax: (907) 522-1273
Ak Only: 800-478-5345