| | |
|---|---|
| BARBARA L. HOLLAND<br>TYLER W. ARNOLD<br>STEPHEN D. ROSE<br>GARVEY SCHUBERT BARER<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, Washington 98101-2939<br>206 464 3939<br><br>Attorneys for Defendant<br>Delta Western, Inc. | Honorable John W. Sedwick |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARGARET ACTIVE, as Mother, and Natural Guardian of, M.M., a Minor,<br><br>Plaintiff,<br>v.<br><br>DELTA WESTERN, INC., a Washington Corporation,<br>Defendant. | Case No. 3:11-cv-00249-JWS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

Pursuant to an agreement having been reached by the above-named parties in this case, by and through their respective attorneys, the parties hereby stipulate to the dismissal of this action and to the entry of an order dismissing all claims and allegations of all parties with prejudice and without costs to any party.

LAW OFFICES OF STEVEN D. SMITH, P.C.

By _____
Steven D. Smith, ABA No. 7811139
Attorney for Plaintiffs
Margaret Active and M.M., a minor

GARVEY SCHUBERT BARER

By _____
Barbara L. Holland, WSBA No. 11582
admitted *pro hac vice*
Tyler W. Arnold, WSBA No. 43129
admitted *pro hac vice*
Stephen D. Rose, Alaska Bar No. 8901002
Attorneys for Defendant
Delta Western, Inc.

STIPULATION FOR AND
ORDER OF DISMISSAL

-1-

## ORDER

Pursuant to the above stipulation by the parties, by and through their respective attorneys, it is hereby

ORDERED, ADJUDGED and DECREED that the above-captioned cause is hereby dismissed with prejudice as to all parties without costs.

DATED this _____ day of November, 2012.

_____
HONORABLE JOHN W. SEDWICK

*Presented by:*

LAW OFFICES OF STEVEN D. SMITH, P.C.

By _____
Steven D. Smith, ABA No. 7811139
Attorney for Plaintiffs

GARVEY SCHUBERT BARER

By _____
Barbara L. Holland, WSBA No. 11582
admitted *pro hac vice*
Tyler W. Arnold, WSBA No. 43129
admitted *pro hac vice*
Stephen D. Rose, Alaska Bar No. 8901002
Attorneys for Defendant
Delta Western, Inc.

STIPULATION FOR AND
ORDER OF DISMISSAL

-2-